# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR203** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **RICHARD WIRTH,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion to withdraw filed by Joseph L. Howard (Filing No. 30).

As a notice of appeal has been filed, this matter must be filed with the Eighth Circuit Court of Appeals.

IT IS ORDERED that the motion to withdraw filed by Joseph L. Howard (Filing No. 30) is denied.

DATED this 17th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge